BARBARA LANZA FARLEY,
A PROFESSIONAL CORPORATION
By:/s/Barbara L Farley, Esquire
13 WILKINS AVENUE
HADDONFIELD, NEW JERSEY 08033
(856) 428-3811
(856) 428-3867 fax
blfpc1@comcast.net
Attorney for plaintiff
BF2256

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Susquehanna Commercial Finance, Inc. AND
Northside Community Bank, successors in
IFC Credit Corp
    Plaintiff
: 
: Civil Action
vs.
:

Iron Horse Enterprises, Inc AND Frank
Santilli, individually, jointly and severally  : Docket No. 10-1950WJM
    Defendant

**DEFAULT JUDGMENT**
(Fed.R. Civ. P. 55(b)(1))

On November    , 2010, Susquehanna Commercial Finance, Inc. AND Northside Community Bank, successors in IFC Credit Corp., plaintiff, applied for a default judgment against defaulting party, Frank Santilli, defendant. Based upon the application and the accompanying affidavits and other papers filed in this action, it appears that:

1. Frank Santilli, defendant, has failed to appear in this action by timely pleading, responding to, or otherwise defending against, the complaint in this action after being properly served with it. Accordingly, default was entered against Frank Santilli under Rule 55(a) of the Federal Rules of Civil Procedure on November 4, 2010.

2.The defendant, Frank Santilli, is not an infant or an incompetent person, or a current member of the military service.

3.Frank Santilli is indebted to Susquehanna Commercial Finance, Inc. AND Northside Community Bank, successors in IFC Credit Corp. for a sum certain, which is the amount of $764,665.39 based on a Guaranty of a Master Lease Agreement as amended.

THEREFORE:

1.Judgment is entered under the Federal Rules of Civil Procedure, Rule 55(b)(1) against Frank Santilli in the principal amount of $750,535.17, additional late charges since filing of $13,715.22 and costs in the amount of $415.00, for a total judgment of $764,665.39 .

2. This judgment will bear interest at the judgment rate from the date of this judgment until paid.

**WILLIAM T. WALSH**
Clerk, U.S. District Court
District of New Jersey

By: _[signature]_   11-17-10
Deputy Clerk